```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NICHOLAS STUBBS, | Civil Action |
| Plaintiff, | No. 16-5975(JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY CORRECTIONAL FACILITY, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Nicholas Stubbs seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-2.

Plaintiff did not complete the IFP application in its entirety. Plaintiff must submit either a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a completed IFP application.

An appropriate order follows.

 October 7, 2016                    s/ Jerome B. Simandle
 Date                               JEROME B. SIMANDLE
                                    Chief U.S. District Judge